UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Western Division

Keith Hoddenback
                           Plaintiff,

v.                                                      Case No.: 3:11−cv−50348
                                                         Honorable Philip G. Reinhard

Imhotep Carter, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 23, 2015:

      MINUTE entry before the Honorable Iain D. Johnston: Motion and status hearing held on 6/23/2015. Plaintiff's motion for a supplemental HIPAA order [189] is unopposed and granted. The HIPAA order will issue separately. Plaintiff's motion for extension of time [187] and motions to compel [166] [176] are entered and continued. By 7/6/2015, the defendants shall file an attestation as discussed in open court. Evidentiary hearing on plaintiff's motions to compel set for 7/15/2015 at 10:00 AM. A representative from Wexford Health Sources is ordered to appear. If a representative is unavailable on the date of the evidentiary hearing, counsel shall contact the Court's operations specialist and provide a new agreed date for the hearing. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.